RE: <u>Enrique Berrio, Jr.</u>    **PRO SE**    Case # <u>18-11382-RAM</u>

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| ___ Tax returns: | ✓ ✓ Photo ID(s)   LF 90   LF67   LF10 |
| ___ Bank Account Statements   3 months pre-petition | ___ Domestic Support Info: name address and phone |
| | ✓ FMV of Firearm |
| | ___ 2016(B), SOFA #16 and Plan do not match |
| | ___ Other provisions |
| ___ Check copy _____ | ___ Plan does not fund |
| | ___ Calculation errors/improper months _____ |
| ___ Explain W/D _____ | ___ Valuation motion has not been filed |
| ___ FMV(NADA/Carmax), Reg and Payoff: Vehicles _____ | ✓ MMM and Lien Avoidance motions ~~not filed~~ MMM motion not filed |
| | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| ___ FMV and Payoff: Real Estate _____ | ✓ Creditor paid through the Plan has not filed a POC |
| ___ Non homestead Information Sheet | ___ Priority debt on Sch E not in plan |
| ___ Wage deduction order or motion to waive | ___ Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___ Miami-Dade County   ___ Tax Certificate(DE#___) |
| ___ BDQ & attachments   Profit & Loss   ✓ Balance Sheet | ___ Dept of Revenue   ___ IRS |
| ✓ Bank statements and checks ✓ 3 months _____ | _____ |
| | ___ Other: |
| ___ Fee application (see court guideline 6) | ___ **Objection to Exemption (specifics to be filed)** |
| ___ Income understated ___ stubs ___ taxes | To be heard with confirmation at 1:30 pm |
| co-debtor ___ stubs ___ taxes | ___ Ch 7 s/b _____ plus tax refund / valuations |
| ___ Spouse's pay advices/spouse's wages not disclosed | ___ Good faith to unsecured |
| ___ Proof of household size (government ID w/ address) and income of all adults | ___ Expenses: documentation/calculation: CMI line |
| ___ Best effort < 36 months < 60 months | |
| ___ Expenses objectionable: Sch J ☐ Provide Proof | ✓ CMI/DI <u>525.27</u> x 60 = <u>31,516.20</u> |
| ___ D/I > 100%  < 90%  Feasibility | ☐ Plus income/expenses issues ☐ Trustee est. $___ |
| ___ Info on transfer SOFA ___ undisclosed | ___ Undervalued collateral should be crammed down |
| ___ Tolling Agreement(s) | |

Other: _____ 100% plan
_____
_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited.** <u>The debtor or debtor's attorney must appear at the confirmation hearing</u> The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** <u>MAY 2 5 2018</u> **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027